# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 8, 2020

**VIA CM/ECF**
Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007-1312

       **Re:**   Vuppala v. Caserta Eye, Inc., et al
          Case 1:20-cv-01571-ALC

Dear Judge Carter:

**MEMO ENDORSED**

  Pursuant to the Order [D.E. 15], dated September 30, 2020, requesting a joint letter on the status of the case, on or before October 8, 2020, we submit the following:

  The parties have initiated several rounds of settlement discussions and are diligently attempting to settle this matter. At this time, the parties request an additional 30 day stay, in order to provide time for in-depth settlement discussions, while conserving further attorney's fees and costs untoward resolution of this matter.

  Thank you for your consideration and attention to this matter.

Sincerely,

By: /S/ B. Bradley Weitz         By: /S/ Barry G. Margolis
  B. Bradley Weitz, Esq.           Barry G. Margolis, Esq.
  The Weitz Law Firm, P.A.          Abrams Garfinkel Margolis Bergson, LLP
  Bank of America Building           1430 Broadway, 17th Floor
  18305 Biscayne Blvd., Suite 214        New York, NY 10018
  Aventura, Florida 33160           Telephone: (212) 201-1174
  Telephone: (305) 949-7777          Facsimile: (212) 937-3330
  Facsimile: (305) 704-3877           Email: bmargolis@agmblaw.com
  Email: bbw@weitzfirm.com          Attorney for Defendants
  Attorney for Plaintiff

SO ORDERED:<br>
/s/ Andrew L. Carter<br>
HON. ANDREW L. CARTER, JR.<br>
UNITED STATES DISTRICT JUDGE<br>
<br>
October 8, 2020<br>
<br>
The parties are ordered to file a status<br>
report no later than November 9, 2020.