## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,   CASE NO: 1:20-cv- 01571-ALC

    Plaintiff,

vs.

CASERTA EYE, INC., a New York corporation, d/b/a CASERTA EYE, and 67 8TH AVE. OWNERS INC., a New York corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, CASERTA EYE, INC., a New York corporation, d/b/a CASERTA EYE, and 67 8TH AVE. OWNERS INC., a New York corporation, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and a Stipulation of Dismissal With Prejudice will be filed thereafter.

    Dated: This 11th day of March, 2021.

By: /S/ B. Bradley Weitz_____  
   B. Bradley Weitz, Esq.  
   The Weitz Law Firm, P.A.  
   Bank of America Building  
   18305 Biscayne Blvd., Suite 214  
   Aventura, Florida 33160  
   Telephone: (305) 949-7777  
   Facsimile: (305) 704-3877  
   Email: bbw@weitzfirm.com  
   Attorney for Plaintiff

By: /S/ Barry G. Margolis_____  
   Barry G. Margolis, Esq.  
   Abrams Garfinkel Margolis Bergson, LLP  
   1430 Broadway, 17th Floor  
   New York, NY 10018  
   Telephone: (212) 201-1174  
   Facsimile: (212) 937-3330  
   Email: bmargolis@agmblaw.com  
   Attorney for 67 8TH Ave. Owners Inc.