USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 12, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KIRAN VUPPALA,**<br><br>                              **Plaintiffs,**<br><br>           -against-<br><br>**CASERTA EYE, INC. ET AL,**<br><br>                              **Defendant.** | **20-cv-1571 (ALC) (GWG)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:     March 12, 2021
              New York, New York

                                                                *[signature: Andrew T. Carter]*
                                                         _____
                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**