USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 1, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

    Plaintiff,

vs.

CASERTA EYE, INC., a New York
corporation, d/b/a CASERTA EYE,
and 67 8TH AVE. OWNERS INC.,
a New York corporation,

    Defendants.
_____/

CASE NO: 1:20-cv- 01571-ALC

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER OF DISMISSAL**

COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, CASERTA EYE, INC., a New York corporation, d/b/a CASERTA EYE, and 67 8TH AVE. OWNERS INC., a New York corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 31st day of March, 2021.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Barry G. Margolis, Esq.
Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway, 17th Floor
New York, NY 10018
Telephone: (212) 201-1174
Facsimile: (212) 937-3330
Email: bmargolis@agmblaw.com
*Attorney for 67 8TH Ave. Owners Inc.*

**SO ORDERED:**

*[signature: Andrew L. Carter]*

Hon. Andrew L. Carter, Jr., U.S.D.J.

Date: __April 1, 2021_____